UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHARYN BILENKER,

Plaintiff,

— v —

BROADRIDGE FINANCIAL SOLUTIONS, INC.
and ROBERT SCHIFELLITE,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 2:18-cv-04514-DRH-ARL

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above entitled action be dismissed in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with prejudice and without costs and fees to any party.

Date: June 13, 2019

Heather Adelman
Paul S. Doherty
Michele A. Smith
**HARTMAN DOHERTY ROSA
      BERMAN & BULBLIA LLC**
65 Route 4 East
River Edge, NJ 07661
(201) 441-9056
E-mail: hadelman@hdrbb.com
      pdoherty@hdrbb.com
      msmith@hdrbb.com
*Attorneys for Plaintiff Sharyn Bilenker*

Jeremy M. Brown
Daniel R. Levy
Shira M. Blank
**EPSTEIN, BECKER & GREEN P.C.**
250 Park Avenue
New York, NY 101117
(212) 351-4500
E-mail: jmbrown@ebglaw.com
      dlevy@ebglaw.com
      sblank@ebglaw.com
*Attorneys for Defendants
Broadridge Financial Solutions, Inc. and
      Robert Schifellite*

13